FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 MAR 30  PM 3: 07

OFFICE OF THE CLERK

United State District Court Nebraska
Valentine
Garcia #2132                    Case# 8:18CV142
Lang #2134
Omaha Police Officers

We Seeking $100,000,000.00 damages
for the excessive force perpetrated
on us by defendants up on plaintiff
on Feburary 2-29-2016 with bogus
Search Worrant as is set out in
8:16cv131 / 8:16 cu174 / 8:18 cv 00069 in
Support:
1) On March 2-29-2016 the police had been

1.)

Called to 1915 Emmett because my Omaha Nebraska
boyfriend had assault his friend in
a imbroglio/brouhaha with his friend
while they both was drunk. 2)Officer
Garcia #2132 and Lang #2134 knocked
on the door I open up the door and
told them that Anthony wasn't here but
I let them in to look around to see if he
was there. 3) Officers Garcia #2132 and
Lang #2134 then left. 4)Thirty minutes
later I then get another knock on the
door it was Officer Lang #2134 and
Officer Garcia# 2132, so i opened
up the door it was cracked half way opened
I was talking to them so i said whats up.
5)Officers Lang #2134 and Garcia#2132
said they needed to talk to me so
I said hold on I need to go upstairs so
I can get some shoes on

2)

6.) As I was shutting the door to go grab my shoes, Officer Garcia #2132 and Lang #2134 pushed the door open as I was shutting it and forced their way into 1915 Emmet and said I was going to jail I then asked them repeatly why was I going to jail. Officer Lang #2134 and Garica #2132 then tryed to make me put my hand behind my back I refused to put my hands behind my back because I kept repeatly asking them why then I was tased and then I was placed in hand cuffs then they told me I had a warrent for controlled substance. 7.) When they tased me I was tased on my right arm botton bruised and it was bleeding all because Garcia 2132 and Lang #2134 wouldnt tell me why I had a warrant

3.)

I was booked on 2-29-2016, stayed in jail for three days then I was released. I got out on bond signature for about 12 months had to call in, and for about 12 months a week before trial my case got dropped for Controlled Substance. When I went to jail for resistance Arrest it was then dropped as well. But Lang and Garica forced their way into the house at 1915 Emmet on 2-29-16 to arrest me for the warrant for my arrest for the controlled substance that day without my consent. The second time they knocked on the door.

4.)

for my controlled substance case
I think it was a part of a
conspiracy because they tryed to
give me three plea bargains and I
turned them all down. All of the
Officers was willing to lie to
get a conviction out of me, three
of them already lied and said I
consented to a strip search in
a residence bathroom at 1915 Emmet
1873
Officers Lisa, Jennifer, Chris, on 7-17-15
Officer Garica #2132 was in the house
when it was raided on 7-17-15 and
then when I was tased for resisting
arrest 2-29-16

5.)

When the house at 1915 Emmet got raided Officers LISA Jennifer Chris #1873 Garcia #2132 George #1484 David #1263 Shanon #5051 Christine #5551 Anita #5575 Alexander 5576 were all willing to lie if I took the plea bargain that I obstruct Government Operations if I plead guilty to it. My Case I never took the plea bargain but my case went away for Controlled substance 12 months later, but I sued LISA and Jennifer lost in Federal court. All the Officers are all trying to sweep this Case up under the rug that Sad that Officers get out of crime because they have a badge. This system in Omaha Nebraska is so screwed up Where is the justice?

6)

I Veronica Valentine rights have clearly
been voilated but the justice system
in Omaha Nebraska Clearly sits back
and just watch because Im anigger female
Black African American. The Justice
System in Omaha Nebraska ~~has~~ has been
Corrupted in Omaha Nebraska every
since that I was born and its
been this way for years and years.
All 12 Officers are all white
and its just one of me so
the system would believe 12 Officer
before they believe one of me. The
Officers are all lying and they need
lie d~~eter~~ test in Omaha to see
who's telling the truth.

7.)

Because Clearly Omaha Police lie to
Cover themselves and will stick
together when they are on the hot
seat. My Controlled Substance case
Went away 12 months later but I
had went through some horrible stuff
to prove my innocence. Getting
Charges brought against me 7 months
later after the first time they came to
the house, Put on calling in every
day because of the Arrest, strip
Search, being tased, resisting arrest
Charges, forced to take off my
Clothes in a bathroom, Their Attorney
talking bad about me in court still saying
that I'm a drug dealer even know my
Charges got dropped.

8.)

It's documented Bout 5 ten years ago in the Omaha World Harold that Omaha Police Officers was planting drugs on black African American People in North side Omaha Nebraska. Officer Chris Brown has been racial profiling me every since the crime stopper tip, his Attorney Timothy Hime said it in Court Feburary 20, 2018. I Veronica Velentine testified on the stand submitted the Case as it is on the record and Judge Smith Camp told me if that's what I wanted I said yes got off the stand
4)

I Veronica Valentine walked back to
the table and gather my paper work
and started exiting for the door
When out of nowhere Jennifer Hanson
and Lisa Villwok Attorney start yelling
out that I'm a drug dealer and
that Officer Chris Brown has been
investating me for months. I left the
court room because it was hard for me since
7-17-15 so I didn't want to stay through
the whole trial, Because I already knew the
Officers was lying in the depositions so why stay
for them to be on the stand to hear more lies.
Judge Camp Smith did nothing to stop Timothy
Himes from talking crazy to me and believes
I gave my consent and now Judge Camp
Smith is now saying that I abandoned my
case since i left the court room.

                    10.)

Judge Camp~~Smith~~refuses to give me a
copy of my transcript of the
trial for free, I knew i didn't have
a chance in Omaha Nebraska but I
did it because my rights have clearly
been violated And Im not about
to let the Omaha Police Department
get alway with what they did to
me or any one else rights. It's alot
that went on in my case and the justice
system needs to open up their eyes
and do something about it. I have
rights and I am not a Slave.

3-30-18

Veronica Valentine
6112 Jaynes St
Omaha, NE 68104

11 /

All of these case are all tied together
8:16cv131 / 174   the resisting Arrest
Case  All the police Officer keep
say that I'm a drug dealer but my
case got drop. Officer Chris Brown
said that A "CI" brought drugs
from me July 14 and 16 of 2015
So I have the right to know
who this CI is. I been strip
search without my consent, tased,
went to jail since I a drug
dealer so they say why wasn't I
~~the~~ charged with a controlled substance
then. Where was the Omaha Polices
Cams in my case. If they had the
body Cams in my cases 8:16cv131
/174 my problems would be solved
if they whore them on 7-17-2015 "12 Officers"
agaist one I never stood a chance.

.

12.)

*I had a warrant for when they came in on July 17, 15*

*The warrant was issued January 1, 16*

| ◄◄ ◄ | 1 | of 1 ► ►I | ✦ | 100% | ✔ | | Find | Next | 🔁 ▾ 🔍 🖨 |

| | | Report Generated:<br>6/17/2016 4:32:49 PM | OMAHA POLICE DEPARTMENT<br>PUBLIC BOOKING ARREST REPORT | RB#<br>AH58977 |

☐ FELONY  ☒ MISDEMEANOR  ☐ WARRANT ONLY

| OCCURRED | | | | | REPORTED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Location Occurred 1915 Emmet St Omaha,<br>Douglas County | | | | District #<br>38 | Location Reported | | | | District # |
| Day of Week | Month (MM) | Day (DD) | Year (YY) | Hour:Minute | Day of Week | Month (MM) | Day (DD) | Year (YY) | Hour:Minute |
| Monday | 02 | 29 | 2016 | 09:06 | | | | | |
| Monday | 02 | 29 | 2016 | 09:06 | | | | | |

| ARRESTED | Day of Week<br>Monday | Month (MM)<br>02 | Day (DD)<br>29 | Year (YY)<br>2016 | Hour:Minute<br>09:06 | Location 1915 Emmet St Omaha, Douglas<br>County | | District<br>38 |

| O | OFFENDER NAME ☐ ID VERIFIED<br>VALENTINE, VERONICA | | DOB (MM/DD/YY)<br>7/9/1974 | AGE<br>42 | DATA# – Data Center Use Only<br>1241852 |
|---|---|---|---|---|---|
| F | ALIAS | | | | ALIAS DOB |
| F | ADDRESS<br>1915 Emmet St | CITY<br>OMAHA | STATE<br>NE | ZIP<br>68110 | |
| E | DRIVERS LICENSE#/STATE<br>H12058595 / Nebraska | RESIDENCE PHONE | OTHER PHONE | | |
| N<br>D | RACE [F] SEX [G] HEIGHT WEIGH HAIR EYES<br>B      F     5 FT 0 IN T    BLK   BRO<br>                              160 | SCARS-MARKS-TATTOOS | | | |
| E | ☐ DV RELATED          ☒ US CITIZEN | METHOD OF IDENTIFICATION<br>DRIVER LICENSE | | | |
| R | PLATE#/STATE/YEAR | VIN | | | |
| | COLOR     YEAR     MAKE | MODEL     STYLE | OTHER | | |

| CHARGE 1<br>RESISTING ARREST | WARRANT # | STATUE/ORDINANC<br>E<br>28-904(3)(A) | Conversion Code<br>20914 | RB# if different |
|---|---|---|---|---|
| CHARGE 2<br>WARRANT | WARRANT #<br>3745441 | STATUE/ORDINANC<br>E | Conversion Code | RB# if different |

| BOOKING #          COURT | ☐ SCHOOL ZONE ☐ CONSTRUCTION ZONE | WEAPON CODE<br>[E] |
|---|---|---|
| ON SCENE ☐ CIB ☐ CRIME LAB<br>CIB ADVISED ☐ YES ☒ NO | ADVISED OFFICER/SER# | ON SCENE INVESTIGATOR/SER # |
| OTHER REPORTS | | |

**Narrative**

On MON 29FEB16 at 0647 hours, R/O's LANG #2134 and GARCIA #2132 responded to an assault call at Florence and Lothrop reference RB#AH58968. During the investigation, R/O's were able to locate the home residence of the assault suspect at 1915 Emmet. R/O's attempted to make contact with the suspect at the address, but made contact with a B/F instead. The B/F was uncooperative with the investigation. R/O's were able to identify the B/F by running her vehicle's plate and getting a first name from the assault victim. The B/F was identified as VALENTINE, Veronica (7-9-74). R/O's made contact with the VALENTINE again at 1915 Emmet. R/O's informed VALENTINE she was under arrest for a felony warrant and to place her hands behind her back. R/O's had a scuffle with VALENTINE after she refused to follow commands and actively tried to pull away from the officers, retreating to a couch in the corner of the residence. After VALENTINE continue to attempt to push R/O's away from her, she was tasered by R/O LANG #2134 and taken into custody.
VALENTINE was booked for resisting arrest and a felony warrant.
Medic 21 on scene. Forensics Investigations took photographs of taser probes. Sgt KISTER 1143 on scene.

See SUPP and Chiefs report for details.

| CONDITIONS | | |
|---|---|---|
| Road Surface | Visibility | Other Traffic Present |
| Roadway | Highway Type | Traffic Flow |

| COMMAND Authorizing Booking / SERIAL #<br>KISTER, Troy / 1143 | TRANSPORTED BY / SERIAL #<br>GARCIA, STEPHEN / 2132 |
|---|---|
| SEARCHED BY / SERIAL #<br>GARCIA, STEPHEN / 2132 | ASSISTING OFFICER / SERIAL # |
| REPORTING OFFICER / SERIAL #<br>GARCIA, STEPHEN / 2132 | IF JUVENILE - LIST INTAKE OFFICER APPROVING BOOKING |

*Small Hours*

| Public Booking Report | PAGE 1 OF 1 | Report P0140061 |

Justice # ZK1100044 
Data # 1241852

### IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA
                 Plaintiff,

CR16 0000928

    vs.

VERONICA J VALENTINE,
                 Defendant.
a.k.a.: VERONICA J VALENTINE
a.k.a.: VERONICA J VALENTINE
a.k.a.: VERONICA L VALENTINE
a.k.a.: VERONICA  VALENTINE
a.k.a.: VERONICA  VALENTINE
D.O.B. 9 July 1974.
ADDRESS: 6112  JAYNES ST
           OMAHA, NE  68104
DR. LIC.: H12058595  NE
AR# K1100044
RB# H05508
CMS# K1100044 Z
**xx**

**AMENDED
INFORMATION**

       The State of Nebraska hereby informs the Court that VERONICA J VALENTINE is alleged to have violated the laws of the State of Nebraska, to-wit:

### COUNT 1: OBSTRUCT GOVERNMENTAL OPERATIONS

On or about 17 July 2015, in Douglas County, Nebraska, VERONICA J VALENTINE within Douglas County, Nebraska contrary to the Statutes of the State of Nebraska and against the peace and dignity of the State did intentionally obstruct, impair, or pervert the administration of law or other governmental functions by force, violence, physical interference or obstacle, breach of official duty or any other unlawful act. (Penalty: 28-901  Class I Misdemeanor)

       I, SEAN M. LAVERY, DEP. COUNTY ATTORNEY, allege that this Information is true based upon my information and belief.

                                 _____
                                 SEAN M. LAVERY, # 24283
                                 DEP. COUNTY ATTORNEY

1

Witnesses for the State:

SHANON  TYSOR #S051
CHRISTINE  GABIG #S551
ANITA W WONG #S575
ALEXANDER J MICHALAK #S576

*JEnnifer
* LISA Villwok

same House
*(STEPHEN K GARCIA #2132)  He was invovled inmy resisting Arrest
*CHRISTOPHER D BROWN #1873
* GEORGE E COLLINS #1486
* DAVID L BIANCHI #1263

Justice # CW160008

## IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA
## FELONY COMPLAINT

STATE OF NEBRASKA                    )
                                     )      CR#
            Plaintiff,               )      **16 342**
                                     )
---------vs.--------------------------)------    **CRIMINAL COMPLAINT**
                                     )
VERONICA J VALENTINE,                )
                                     )
            Defendant.               )
a.k.a.: VERONICA J VALENTINE         )
a.k.a.: VERONICA J VALENTINE         )
a.k.a.: VERONICA L VALENTINE         )
a.k.a.: VERONICA VALENTINE
D.O.B. 9 July 1974.
ADDRESS: 6112 JAYNES ST
         OMAHA, NE 68104
DR. LIC.: H12058595 NE
AR# CW160008
RB# H05508
CMS# CW160008
LR



On the complaint and information of SEAN LAVERY, County Attorney/Deputy County Attorney of Douglas County, Nebraska, made in the name of the State of Nebraska before the undersigned Clerk of the County Court within and for said County of Douglas, State of Nebraska, on 5 January 2016, who being sworn on oath says, that the above named Defendant, contrary to the form of the statutes in such cases made and provided and against the peace and dignity of the State of Nebraska, violated the laws of the State, to-wit:

### COUNT 1: POSSESSION OF A CONTROLLED SUBSTANCE Class IV Felony

On or about 17 July 2015, in Douglas County, Nebraska, VERONICA J VALENTINE did then and there knowingly or intentionally possess a controlled substance to wit: BASE COCAINE (CRACK), in violation of Neb. Rev. Stat. §28-416(3), a Class IV Felony.
21966
28-416(3)

contrary to the statutes of the State of Nebraska.



SEAN LAVERY, # 24283
County Attorney/Deputy County Attorney

Subscribed and sworn to in my presence on 6 January 2016.

Clerk of the County Court
Douglas County, Nebraska

Witnesses for the State:

CHRISTOPHER D BROWN #1873

We move for dismissal Based on Complete
failure of Proof in that

1. Statute Mandates Requires "meASURABle
amount" whereas at Bar there is
/ Immeasurable amount and appon at Bar
is for "PARAPHENALIA" misdemeanor



City of Omaha
Jean Stothert, Mayor

August 8, 2017



Todd R. Schmaderer
Chief of Police

Omaha Police Department
*"To Serve and Protect"*
505 South 15th Street
Omaha, Nebraska 68102-2769
[402] 444-5600
fax [402] 444-5898
www.opd.cityofomaha.org

Officer Jennifer Hansen
3111 Gold Rush Road
Council Bluffs, IA 51501

Officer Hansen:

I received an Internal Information Report expressing concerns about your sick leave usage, its proper documentation and required doctor's notes being submitted to your supervisor. Based on the Internal Information Report, I authorized an internal investigation into your sick leave documentation. The Internal Affairs Unit has completed its investigation and the findings are detailed in this letter.

On May 2, 2017 you were scheduled to attend in-service training. You attended the training but you advised the training staff that you could not perform certain portions of the physical exercises, specifically the newly mandated carotid restraint control hold (CRCH), due to a neck injury you received from an on duty vehicular accident in 2012. The CRCH is a required defensive tactic that all full duty officers must be trained on. You were instructed by the staff to obtain a doctor's note excusing your participation from the CRCH training. This doctor's note stated you were to "avoid hand to hand combat drills, limit overhead lifting over 20lbs" and "occasional out of body reaching more than 12 inches". Therefore you were not required to participate in the CRCH training. This note essentially placed you on limited duty status since the restrictions limited your ability to perform many of the requirements of your job as a full duty police officer. You then completed the second day of in-service training on May 3 with no complaints or issues regarding your pre-existing injury. Policy requires that if you unable to perform all the duties of your position that you are to notify the Chief through the chain of command so that a decision may be made on how to accommodate you. You failed to follow this policy.

After the second day of training, you then notified your sergeant about an alleged injury you received while at the in-service training on May 2 and stated you needed to be marked "sick leave" for remainder of your work week (May 4-5) due to the alleged injury. You advised your sergeant you would have a doctor's note when you returned to work on May 8. When you presented the note from your doctor, the note, which was dated May 4, stated you were excused from work on May 3 (an incorrect date since you worked this date at the in-service). Your sergeant noticed this mistake and told you to get a doctor's note with the correct date (May 2). Your sergeant stated it was common for you to turn in doctor's notes with incorrect dates listed and these notes would often be turned in weeks after you utilized sick leave.

On May 10, you notified your sergeant that you needed to be placed on limited duty status through May 11 due to your alleged injury and that you would again provide a doctor's note. Again, this

*An Internationally Accredited Law Enforcement Agency*

CITY DEFS 0783

2017-0177
J. Hansen

limited duty work was not authorized or approved in accordance with policy. Your sergeant advised you that this doctor's note also needed to release you to full duty status since you were assigned weekend investigator duty and could be called out to crime scenes. Your sergeant stated this note needed to be turned into him by May 11 because he was leaving town. At the end of that work day, you had not received this note and your sergeant told you to turn it into your lieutenant by Friday, May 12, so you would be cleared for weekend duty. Your sergeant reported the note was never turned into him or the lieutenant.

During your Internal Affairs interview, you stated you personally retrieved the note on May 11 from your doctor's office and then placed it on your sergeant's desk. You stated that you could not remember if you were told by your sergeant to turn the note into your lieutenant. You then explained it somehow was moved from your sergeant's desk, to your mail tray in your sergeant's office, where you alleged it sat for "two months". Your sergeant stated that he never observed this note in the mail tray during this time frame. He stated he frequently places paperwork in your mail tray, which is often empty, and would have noticed a doctor's note. An email showed you scanned and emailed this doctor's note to the Police Services Bureau sergeant, who assists with injuries which occur on duty, on May 31, 2017. You disobeyed a direct, lawful order from a commanding officer to have a doctor's turned into a command officer by a specific date and time.

A command audit was conducted on your sick leave usage. Since the beginning of 2017, it was discovered you have taken the twenty four (24) full or partial days of sick leave, four (4) days of family sick leave and five (5) days of injured on duty (IOD) status. Additional research showed you had not been filling out the required sick leave forms (OPD Form 131) to document days in which you took sick leave or IOD leave. During your Internal Affairs interview, you stated you were not clear on the sick leave policy regarding when a Form 131 needed to be completed. You have since properly filled out all the outstanding Form 131s to match your sick leave usage for the year. You admitted you would not contact a doctor immediately when you took sick days and that you were the person who decided if you were going to be limited duty status, based on how you felt, and not a doctor. This is in violation of policy and goes against what you were told to do by the Police Services Bureau sergeant who manages your workers compensation injury claim.

Regarding the allegation that you violated the Omaha Police Policy and Procedures Manual regarding Leave Procedures – Sick Leave Policy – Sworn Personnel, Medical Services – Examination/Treatment, and Disobedience of Orders, the investigation found evidence to support the allegations; therefore, the allegations are all sustained.

You are therefore found to be in violation of the following:

**Omaha Police Policy and Procedures Manual, Personnel Section, "Leave Procedures – Sick Leave Policy – Sworn Personnel ",**

**Omaha Police Policy and Procedures Manual, Personnel Section, "Medical Services – Examination/Treatment", and,**

**Omaha Police Policy and Procedures Manual, Rules of Conduct, Chapter 1 – Section 2, "Disobedience of Orders".**

2

CITY DEFS 0784

2017-0177
J. Hansen

Collective Bargaining Agreement between the Omaha Police Officers' Association and the City of Omaha, Article 6, Discharge and Discipline Section 1, Disciplinary Action-Cause: Any action which reflects discredit upon the service or is a direct hindrance to the effective performance of the CITY government functions shall be considered good cause for disciplinary action and,

Collective Bargaining Agreement between the Omaha Police Officers' Association and the City of Omaha, Article 6, Section 1 "(j) Commission of acts or omissions unbecoming an incumbent of the particular office or position held, which render his admonishment, reprimand, suspension, demotion, or discharge necessary or desirable for the economical or efficient conduct of the CITY or for the best interest of the CITY government."

You are to be suspended without pay for a period of three (3) working days. This suspension without pay will be held in abeyance pending your decision to appeal this discipline. The procedure for filing an appeal is contained in the Omaha Police Officers' Association contract. If you choose not to appeal this decision, you must immediately make arrangements with your Captain to serve this suspension by October 6, 2017. You must also notify Police Human Resources of the date(s) the suspension is going to be served.

Sincerely,

Todd R. Schmaderer
Chief of Police

TRS/kaw

cc:        Mr. Tim Young, Director, City Human Resource:
           Mr. Bernard in den Bosch, Deputy City Attorney Law Department
           Ms. Claire E. Anderson, Personnel Records Custodian, City Human Resources
           Deputy Chief Mary Newman
           Acting Captain Kenneth Kanger
           Omaha Police Officers' Association-Office
           Mr. Kyle Porter, Police Personnel Supervisor
           2017-0177

3

CITY DE FS 0785

## ACKNOWLEDGMENT OF RECEIPT

I, _Ofc. Jennifer Hansen_, hereby acknowledge receipt of this item of correspondence from the City of Omaha, Omaha Police Department, presented to me this _9th_ day of _August_, _2017_, regarding _discipline letter_

Employee: _Jen Hause 1585_

Supervisor: _Sgt M____ 1613_

cc:   **City Human Resources Director**
      **City Labor Relations Director**
      **Police Human Resources**
      **II or CC #** _2017- 0177_

**Sign and Return to Internal Affairs**

acknowrecpt

CITY DEFS 0786

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

THE STATE OF NEBRASKA,                    )
                                          )
                Plaintiff,                )        CR 16-928
                                          )
        vs.                               )        ORDER OF DISMISSAL
                                          )
VERONICA J. VALENTINE,                    )
                                          )
                Defendant.                )

THIS MATTER is before the Court on the oral motion of Sean Lavery, Deputy Douglas

County Attorney, for an order dismissing without prejudice the Information filed in the above-

captioned matter. The Court, being fully advised in the premises, finds that the State's Motion to

Dismiss should be sustained.

IT IS THEREFORE ORDERED that the State's oral motion to dismiss without prejudice

the Information filed in the above-captioned matter shall be, and hereby is, sustained.

SO ORDERED.

DATED this  30  day of  November  2016.

BY THE COURT:



Hon. Horacio J. Wheelock
Douglas County District Court Judge

C:      Sean Lavery

        Jacquelyn Morrison



#6        FILED
       IN DISTRICT COURT
    DOUGLAS COUNTY NEBRASKA

        NOV 3 0 2016

      JOHN M. FRIEND
   CLERK DISTRICT COURT

001416383D01

